# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RODRIGUEZ<br>o/b/o Minor M.A., : <br> : <br>**Plaintiff,** : <br> : <br>v. : <br> : <br>NANCY BERRYHILL, : <br>**Acting Commissioner of the Social** : <br>**Security Administration,** : <br> : <br>**Defendant.** : | **CIVIL ACTION**<br><br>**NO. 17-3681** |

## ORDER

**AND NOW**, this ___12th___ day of March, 2019, upon consideration of Plaintiff's Motion and Request for Review (Doc. 16), Plaintiff's Brief and Statement of Issues (Doc. 17), Defendant's Response thereto (Doc. 18), and Magistrate Judge Hey's Report and Recommendation, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication; and

3. The Clerk of Court is hereby directed to mark this case **CLOSED**.

                                                      **BY THE COURT:**

                                                      **/s/ Petrese B. Tucker**

                                                      _____

                                                      **Hon. Petrese B. Tucker, U.S.D.J.**